United States District Court
Southern District of Texas
**ENTERED**
December 09, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DENNIS CASTILLE, on behalf of himself and all others similarly | § § § |
| VS | §  CIVIL ACTION NO. H-24-3849 |
| VERISOURCE SERVICE, INC. | § § § |

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal filed on December 5, 2024 (Doc. No. 13), this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED this 7th day of December 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE